*Ralph G. Elliot,* in support of the petition.

*Brenden P. Leydon,* pro se, in opposition.

Decided July 13, 2000

## BRENDEN P. LEYDON *v.* TOWN OF GREENWICH ET AL.

The Supreme Court docket number is SC 16357.

*Mark R. Kravitz* and *Suzanne E. Wachsstock,* in support of the petition.

*Brenden P. Leydon,* pro se, in opposition.

Decided July 13, 2000

## STATE OF CONNECTICUT *v.* GALEN J. CYR

*Robert A. Lacobelle,* in support of the petition.

*Marjorie Allen Dauster,* assistant state's attorney, in opposition.

Decided July 13, 2000

### JACK L. ROSENBLIT, TRUSTEE *v.* BARBARA WILLIAMS ET AL.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Lawrence S. Hillman,* in support of the petition.

*Stuart M. Katz,* in opposition.

Decided July 13, 2000

### ROSELANDE REJOUIS, ADMINISTRATRIX (ESTATE OF JEAN CLAUDE BOITEUX) *v.* GREENWICH TAXI, INC., ET AL.

*Mark F. Katz,* in support of the petition.

*Laurel Fedor,* in opposition.

Decided July 13, 2000

### JOSEPH WASHINGTON *v.* SCHEUSTER CHRISTIE